NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | : | **Hon. Dennis M. Cavanaugh** |
| v. | : | **ORDER** |
| ROBERT MANNIS | : | Crim. No. 02 -CR-430-01 (DMC) |
| Defendant. | : | |

This matter comes before the Court upon motion of the defendant Robert Mannis by Cheryl Sturm, Esq. Appearing, for a second application for early termination of Supervised release pursuant to 18 U.S.C. § 3583(e); and Kathleen P. O'Leary, Assistant U.S. Attorney having filed opposition, and the Court having further reviewed all submissions, and it is the finding of the court that a lump sum payment of $11,000 in exchange for the termination of his supervised release does not serve the correctional or deterrent purposes of sentencing;

IT IS on this ___9___ day of September, 2010;

**ORDERED** that defendant's motion for early termination of supervised release or for modification of the terms of supervised release is **denied**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:  Clerk
cc:       All Counsel of Record
          File